UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-1265 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, | |
| Defendant. | |

By motion filed June 13, 2018, plaintiff seeks an order of this court directing officials at the Sacramento County Jail's "Trust Office" to return plaintiff's paperwork in support of his application to proceed in forma pauperis in the instant case. See ECF No. 6. Plaintiff filed a complaint in this action on May 17, 2018, ECF No. 1, and was promptly directed by the court to pay the filing fee or submit an application to proceed in forma pauperis, ECF No. 3. Plaintiff subsequently requested a thirty-day extension of time to submit his application, ECF No. 4, which the court granted, ECF No. 5, extending the deadline to July 10, 2018. Plaintiff's pending motion for injunctive relief was docketed on the same day the court granted plaintiff's request for extended time, and therefore was not received by plaintiff when he filed the pending motion.

Accordingly, as a result of the court's recent order granting plaintiff extended time to

////

////

submit a completed application to proceed in forma pauperis and to resolve any processing issues within the jail, IT IS HEREBY ORDERED that plaintiff's motion for injunctive relief, ECF No. 6, is DENIED as moot.

DATED: June 15, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE