UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON HUMES,

          Plaintiff,

    v.

SACRAMENTO COUNTY JAIL,

          Defendant.

No. 2:18-cv-1265 AC P

ORDER

Plaintiff, a Sacramento County Jail detainee, has filed a "motion" seeking this court's intervention in the form of an order directing jail officials to allow plaintiff to access the law library so that plaintiff can "look up the address to complete the U.S. Marshal service slip." See ECF No. 9. However, plaintiff has not been directed in the instant case to complete a form for service of process by the U.S. Marshal. The only outstanding matter in this case is the requirement that plaintiff submit a completed in forma pauperis application or pay the filing fee. The current deadline is July 13, 2018. The court denied plaintiff's last two requests for extended time to meet this deadline because the deadline had already been extended. See ECF Nos. 6-8. However, because the deadline is now imminent, the court will provide plaintiff a brief period of additional time to comply.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for judicial intervention, ECF No. 9, is denied because irrelevant.

2. Plaintiff is granted fourteen (14) days after the filing date of this order in which to submit his application to proceed in forma pauperis or pay the filing fee.

3. Failure of plaintiff to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 10, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE