UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>　　　　　Defendant. | No. 2:18-cv-1265 TLN AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. See ECF No. 14. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, plaintiff's request will be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 15, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE